Elsie MacD. Saville, Individually and as Ancillary Administratrix of the Estate of Albert J. MacDonald, Deceased, Respondent, v. Robert Sweet et al., Appellants, Impleaded with Others.

(Argued April 28, 1933; decided July 11, 1933.)

*E. H. Sykes* for Robert Sweet, appellant.

*Chester B. McLaughlin* for Howard Myers et al., appellants.

*J. Adam Murphy* and *Joseph M. Hartfield* for respondent.

no opinion.

Concur: POUND, Ch. J., O'BRIEN, HUBBS and CROUCH, JJ. CRANE, J., dissents and votes to reverse and dismiss the complaint. LEHMAN and KELLOGG, JJ., dissent on the ground that a joint judgment is not permissible in this case.